**SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

UNITED STATES OF AMERICA

Vs.  
Edna Berenice Puente

Case Number: C-19-3008M

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

Franz Denilson Castro-Castro  
Sara Yaneth Martinez-Domingo

These material witnesses are citizens of Guatemala who have admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

Gilbert Ruiz    Border Patrol Agent  
U.S. Border Patrol

**5th** day of **August**, **2019**

UNITED STATES MAGISTRATE JUDGE  
Jason B. Libby